In re Kenneth CHAPLIN, Petitioner.

No. 14–1059.

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21, Fed.
R.App. P.
Feb. 27, 2014.

Opinion filed April 4, 2014.

Kenneth Chaplin, Coleman, FL, pro se.

Denise S. Wolf, Esq., Office of United States Attorney, Philadelphia, PA, for United States of America.

Before: McKEE, Chief Judge, GARTH and SCIRICA, Circuit Judges.

## OPINION

PER CURIAM.

*Pro se* petitioner, Kenneth Chaplin, has filed a mandamus petition pursuant to 28 U.S.C. § 1651, wherein he seeks to compel the United States District Court for the Eastern District of Pennsylvania to rule on a motion he filed pursuant to Fed.R.Civ.P. 59(e) wherein he seeks reconsideration of the denial of his Rule 60(b) motion. Finding no basis for granting mandamus relief, we will deny the petition.

From a review of the District Court docket, an order disposing of the reconsideration motion was entered on March 12, 2014. Accordingly, Chaplin's petition for writ of mandamus seeking to compel the District Court to dispose of his motion is moot. The petition for a writ of mandamus is thus denied.